AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SEIN HERNANDEZ-HERNANDEZ<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

6:25-mj- 1581

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 4, 2025_____ in the county of _____Orange_____ in the

____Middle____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lacey E. O'Neal, Border Patrol Agebt
*Printed name and title*

Sworn to before me over the telephone or
reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   6 | 6 | 25

_____
*Judge's signature*

City and state:            Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                    **CASE NO. 6:25-mj-** 1581

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey E. O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.      I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since September 07, 2003. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19 and 21 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2.      The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry by a previously removed alien.

3.      On June 4, 2025, Florida Highway Patrol (FHP) contacted the Orlando

Border Patrol Station in reference to the target, Sein HERNANDEZ-

HERNANDEZ. HERNANDEZ-HERNANDEZ was the passenger of a vehicle that

had been stopped for no tags on the trailer that the vehicle was towing in Orlando,

Florida.[1] During the traffic stop, the FHP trooper requested identification from all

the vehicle's passengers. HERNANDEZ-HERNANDEZ provided the trooper with

a Mexican passport. Assistance was requested from the Orlando Border Patrol

Station. During the interview after agents arrived on scene, agents gathered personal

identifying information (name, date of birth, place of birth, etc.) from

HERNANDEZ-HERNANDEZ.

4.      CBP record checks on his biographical information confirmed that he is

a citizen and national of Mexico with no lawful immigration status in the United

States. He also has an Alien File Number (A xxx xxx 936), which contains his

immigration history. HERNANDEZ-HERNANDEZ was then placed under arrest

and transported to the Orlando Border Patrol Station.  Border Patrol Agents

obtained HERNANDEZ-HERNANDEZ's fingerprints for comparison to

HERNANDEZ-HERNANDEZ's known fingerprints from his alien file. On June 4,

2025, the database indicated a match of the fingerprints.

5.      Documents in the alien file also show that HERNANDEZ-

HERNANDEZ has been previously granted a voluntary departure on May 4, 2004.

On September 12, 2005, HERNANDEZ-HERNANDEZ was encountered in the

---

[1] Orlando is in Orange County, within the Middle District of Florida.

2

United States. On September 26, 2005, HERNANDEZ-HERNANDEZ was ordered deported/removed from the United States to Mexico by an Immigration Judge. On October 1, 2005, HERNANDEZ-HERNANDEZ was then physically deported/removed from the United States to Mexico through Laredo, Texas.

6.      On November 26, 2013, HERNANDEZ-HERNANDEZ was encountered a third time in the United States. On November 29, 2013, his prior order of removal was reinstated.  On the same date, HERNANDEZ-HERNANDEZ was then physically deported/removed from the United States to Mexico.

7.      On April 19, 2015, HERNANDEZ-HERNANDEZ was encountered a fourth time in the United States. On April 22, 2015, his prior order of removal was reinstated. On May 1, 2015, HERNANDEZ-HERNANDEZ was again physically removed from the United States to Mexico, after being convicted of 8 U.S.C § 1325, Illegal Entry and serving jail time.

8.      There is no record of HERNANDEZ-HERNANDEZ ever receiving consent of the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to apply for readmission to the United States after HERNANDEZ-HERNANDEZ's prior deportation/removal.

9.      Based on the foregoing, I believe that there is probable cause that on June 4, 2025, Sein HERNANDEZ-HERNANDEZ was found to be in the United States voluntarily after being previously deported and removed from the United States, in violation of 8 U.S.C. § 1326(a).

This concludes my Affidavit.

_____

Lacey E. O'Neal,
Border Patrol Agent

Affidavit submitted by email and attested to
me as true and accurate either via
videoconference consistent with Fed.R.
Crim. P. 4.1 and 41(d)(3), this 6th day of
June, 2025

_____

LESLIE HOFFMAN PRICE
United States Magistrate Judge

4